# In The United States Court of Federal Claims

Cover Sheet 05-1383L

Plaintiff(s) or Petitioner(s)

CROW CREEK SIOUX TRIBE

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

| | |
|---|---|
| Name of the attorney of record: [See RCFC 83.1(c)] | JEFFREY M. HERMAN |
| Firm Name: | HERMAN & MERMELSTEIN, P.A. |
| Post Office Box: | 18205 Biscayne Boulevard |
| Street Address: | Suite 2218 |
| City-State-Zip: | Miami, Florida 33160 |
| Telephone & Facsimile Numbers: | T: 305-931-2200 F: 305-931-0877 |
| E-mail address: | jherman@hermanlaw.com |

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 5 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved : D 0 I

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s).