IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROW CREEK SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1383L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for enlargement of time within which to answer or otherwise respond to Plaintiff's Complaint. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. Defendant's motion should be and hereby is GRANTED; and

2. Defendant shall have, to and including March 30, 2006, within which to answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ______________________________

______________________________
Judge, United States Court of Federal Claims