# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed February 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 24, 2006, Defendant filed an unopposed motion for an enlargement of time of 30 days, up to and including **March 30, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**