IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROW CREEK SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1383L<br>Judge Mary Ellen Coster Williams |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's motion for temporary stay of litigation or, in the alternative, for dismissal without prejudice. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. Defendant's motion should be and hereby is GRANTED; and

2. Effective immediately, the litigation of this case shall be stayed until after Plaintiff has resolved any issues relating to its legal representation and to the litigation of this case. Upon the resolution of such issues, Plaintiff shall file a motion, informing the Court and Defendant of Plaintiff's resolution, the status of Plaintiff's legal representation, and the status of the litigation, and requesting that the Court lift the stay of litigation. Defendant may respond to Plaintiff's motion in accordance with the briefing schedule prescribed by the Rules of the Court of Federal Claims. In the event that the Court issues an order granting Plaintiff's motion, lifting the temporary stay of litigation, and reinstating the litigation, Defendant shall have 30 days after the issuance of the Court's order, in which to file its Answer or otherwise respond to the Complaint; or

3. This case is hereby dismissed without prejudice.

SO ORDERED.

Date: ______________________________ ______________________________________________

HON. MARY ELLEN COSTER WILLIAMS
United States Court of Federal Claims

The following counsel should be notified of the entry of this Order:

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Jennifer L. Allaire
Anthony P. Hoang
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021