# EXHIBIT 1

# TRIBAL RESOLUTION

CROW CREEK AGENCY FORT THOMPSON, SD

2006 JAN 10 AM 9:41

NUMBER CC-05-12-14-01

**SUBJECT AUTHORIZATION & APPROVAL FOR TERMINATION OF ATTORNEY CONTRACT BETWEEN THE CROW CREEK SIOUX TRIBE OF SOUTH DAKOTA AND HERMAN & MERMELSTEIN**

**WHEREAS:** The Crow Creek Sioux Tribe is a federally recognized Indian tribe organized under a constitution and bylaws approved by the Secretary of Interior; and,

**WHEREAS:** Pursuant to Article VI, Section 1.(J), of the Constitution of the Crow Creek Sioux Tribe of South Dakota, the tribal council has the power to employ counsel for the protection and advancement of the rights of the tribe and its members, the choice of counsel and fixing of fees to be subject to the approval of the Secretary of the Interior; and,

**WHEREAS:** On December 14, 2005, the Crow Creek Tribal Council authorized, via Resolution Number CC-05-12-14-01, the Chairman of the Tribe to enter into an attorney contract on the Tribe's behalf with the law firm of Herman & Mermelstein for the purpose of filing a lawsuit against the Departments of Interior and Treasury in an action for an accounting of trust funds and related relief on a contingency basis; and,

**WHEREAS:** The contract with Herman & Mermelstein specifies that the agreement may be terminated by the Client at any time by giving written notice to the law firm; and,

**WHEREAS:** The law firm did not correspond or in anyway communicate with the Tribal Council concerning the disposition of the lawsuit, and the current Chairman of the Crow Creek Sioux Tribe and Tribal Council were not even aware that the Tribe had a lawsuit pending in the United States District Court for the District of Columbia (Crow Creek Sioux Tribe v. Norton, Civil No. 04-CV-00900) until November, 2005; and,

**WHEREAS:** The Tribal Council believes that the Herman & Mermelstein law firm has been negligent in their representation of the Crow Creek Sioux Tribe, as evidenced by its lack of communication with the Tribe, and failure to notify the Tribe; and,

**WHEREAS:** The Tribal Council believes that the Tribe's best interest will be served by terminating the Tribe's contract with the Herman & Mermelstein law firm and hiring other legal council to represent it in its funds lawsuit; and,

**NOW THEREFORE BE IT RESOLVED;** THAT THE CROW CREEK SIOUX TRIBAL COUNCIL ASSEMBLED IN SPECIAL SESSION THIS 14th DAY OF DECEMBER 2005. DOES HEREBY AUTHORIZE AND APPROVE THE TERMINATION OF THE AGREEMENT FOR LEGAL SERVICES BETWEEN THE CROW CREEK SIOUX TRIBE AND THE LAW FIRM OF HERMAN & MERMELSTEIN; AND,

**BE IT FURTHER RESOLVED;** THAT THE TRIBAL CHAIRMAN, TRIBAL COUNCIL OR CHAIN OF COMMAND ARE AUTHORIZED TO SIGN ANY AND ALL DOCUMENTS PERTAINING TO THIS MATTER.

**MOTION:** C. KIRKIE **SECOND:** N. THOMPSON, SR.

**VOTE: -8-FOR:** C. KIRKIE, N. THOMPSON, SR., J. SAZUE, JR., D. BIG EAGLE, SR.
**-1-NOT VOTING:** VICE-CHAIRMAN L. FALLIS, SR., CHAIRED THE MEETING
**-2-ABSENT:** COUNCIL MEMBER D. MCGHEE
**ABSENT: CHAIRMAN D. BIG EAGLE, SR.**

## CERTIFICATION

THE FOREGOING RESOLUTION was duly adopted by the Crow Creek Sioux Tribal Council on the 14th day of DECEMBER, 2005 in a SPECIAL Session by a vote of -8- for, -0- against, -2- absent -1- not voting for The Crow Creek Sioux Tribe, pursuant to authority vested in it by Article VI, Section 1 of the Constitution of the Tribe, ratified by the Tribe on March 11, 1949 and approved by the Secretary of the Interior on April 26, 1949 and with amendments approved by the Commissioner of Indian Affairs on June 22, 1961, February 25, 1963 and by the Area Director on June 23, 1980.

ATTEST:

*Chairman*-Duane D. Big Eagle, Sr.

*Secretary*-Donald Big Eagle, Sr.