# EXHIBIT 3

**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-4-11270, 90-2-20-11787

*Jennifer L. Allaire*
*(202) 305-0456 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

March 16, 2006.

***BY TELEFAX AND REGULAR MAIL***

Jeffrey M. Herman
Stuart Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Re: Crow Creek Sioux Tribe v. Norton, No. 1:04-cv-00900 (D.D.C.) (RCL), and Crow Creek Sioux Tribe v. United States, No. 05-1383L (Fed. Cl.)

Dear Mr. Herman and Mr. Mermelstein:

As Tony Hoang and I discussed with you on March 14, we have received a copy of a Tribal resolution adopted by the Crow Creek Sioux Tribe on December 14, 2005. As you requested, attached hereto is a copy of the resolution for your review.

As you can see, the resolution relates to the Tribe's legal representation in the case currently pending in the United States District Court for the District of Columbia. It raises significant questions about the Tribe's representation in that case, as well as the Court of Federal Claims (CFC) case (which, we would note, was filed after the passage of the resolution).

As you know, the Government is currently scheduled to file its Answer in the CFC case on March 29, 2006. For that reason, we ask that you provide us with an explanation about the resolution as soon as possible, or, in any event, by no later than March 22, 2006, so that the Government can evaluate the matter and determine how best to proceed.

Thank you for your attention to this matter. We look forward to hearing from you.

Sincerely,

Jennifer L. Allaire
Attorney

Encl.

cc(w/encl.): Tony Hoang
Martin LaLonde
Catherine Goshe
Teresa Dawson

# TRIBAL RESOLUTION

2006 JAN 10 AM 9:40

NUMBER CC-05-12-14-02

SUBJECT AUTHORIZATION & APPROVAL FOR AGREEMENT FOR SPECIAL ATTORNEY CONTRACT BETWEEN CCST AND THE LAW OFFICES OF GREGORY A. YATES, P.C., JOHNSON THOMPSON LLP AND ATTORNEY MARIO GONZALEZ ("THE ATTORNEYS")

WHEREAS: The Crow Creek Sioux Tribe is a federally recognized Indian tribe organized under a constitution and bylaws approved by the Secretary of Interior; and,

WHEREAS: Pursuant to Article VI, Section 1.(J), of the Constitution of the Crow Creek Sioux Tribe of South Dakota, the tribal council has the power to employ counsel for the protection and advancement of the rights of the tribe and its members, the choice of counsel and fixing of fees to be subject to the approval of the Secretary of the Interior; and,

WHEREAS: The Tribe is currently without legal counsel to represent it and replace the Herman & Mermelstein law firm in the civil case filed by said firm now pending in the United States District Court for the District of Columbia (Crow Creek Sioux Tribe v. Norton, Civil No. 04-CV-00900); and,

WHEREAS: The Tribal Council believes that it must immediately retain the services of competent legal counsel to represent it in Civil No. 04-CV-00900, and any other actions that may be necessary regarding mismanagement of the Tribe's trust property, funds and accounts; and,

WHEREAS: The Tribal Council believes that the Tribe's best interest will be served by retaining the services of the Law Offices of Gregory A. Yates, P.C., Johnson Thompson LLP and Attorney Mario Gonzalez (an Individual); and,

NOW THEREFORE BE IT RESOLVED; THAT THE CROW CREEK SIOUX TRIBAL COUNCIL ASSEMBLED IN SPECIAL SESSION THIS 14th DAY OF DECEMBER 2005. DO HEREBY AUTHORIZE AND APPROVE THAT THE TRIBAL COUNCIL HEREBY APPROVES THE SPECIAL COUNSEL CONTRACT OF THE LAW OFFICES OF GREGORY A. YATES, P.C., JOHNSON THOMPSON LLP AND ATTORNEY MARIO GONZALEZ (AN INDIVIDUAL). A COPY OF WHICH IS ATTACHED HERETO AND INCORPORATED; HEREIN, AND,

BE IT FURTHER RESOLVED; THAT THE TRIBAL COUNCIL HEREBY AUTHORIZES AND DIRECTS THE CHAIRMAN OF THE CROW CREEK SIOUX TRIBE TO EXECUTE SAID ATTORNEY'S CONTRACT; AND,

BE IT FURTHER RESOLVED; THAT THE TRIBAL COUNCIL HEREBY AUTHORIZES THE ATTORNEYS TO FILE A CLASS ACTION USING THE CROW CREEK SIOUX TRIBE AS THE CLASS ACTION REPRESENTATIVE IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA IF THE ATTORNEYS DEEM IT APPROPRIATE TO PROCEED AND LITIGATE THE TRIBES CLAIMS IN A CLASS ACTION; AND,

BE IT FURTHER RESOLVED; THAT THE SECRETARY OF THE TRIBE IS HEREBY DIRECTED TO SUBMIT THE SAID ATTORNEY'S CONTRACT TO THE BUREAU OF INDIAN AFFAIRS FOR APPROVAL; AND,

BE IT FURTHER RESOLVED; THAT THE TRIBAL CHAIRMAN, TRIBAL COUNCIL OR CHAIN OF COMMAND ARE AUTHORIZED TO SIGN ANY AND ALL DOCUMENTS PERTAINING TO THIS MATTER.

MOTION: C. KIRKIE SECOND: N. THOMPSON, SR.

VOTE: -8-FOR: C. KIRKIE, N. THOMPSON, SR., J. SAZUE, JR., D. BIG EAGLE, SR.
-1-NOT VOTING: VICE-CHAIRMAN L. FALLIS, SR., CHAIRED THE MEETING
-2-ABSENT: COUNCIL MEMBER D. MCGHEE
ABSENT: CHAIRMAN D. BIG EAGLE, SR.

## CERTIFICATION

THE FOREGOING RESOLUTION was duly adopted by the Crow Creek Sioux Tribal Council on the 14th day of DECEMBER, 2005 in a SPECIAL Session by a vote of -8- for, -0- against, -2- absent -1- not voting for The Crow Creek Sioux Tribe, pursuant to authority vested in it by Article VI, Section 1 of the Constitution of the Tribe, ratified by the Tribe on March 11, 1949 and approved by the Secretary of the Interior on April 26, 1949 and with amendments approved by the Commissioner of Indian Affairs on June 22, 1961, February 25, 1963 and by the Area Director on June 23, 1980.

ATTEST:

Chairman-Duane D. Big Eagle, Sr. Secretary-Donald Big Eagle, Sr.