# EXHIBIT 4

**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-4-11270, 90-2-20-11787

*Jennifer L. Allaire*
*(202) 305-0456 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

March 21, 2006

***BY TELEFAX AND REGULAR MAIL***

Jeffrey M. Herman
Stuart Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Re: Crow Creek Sioux Tribe v. Norton, No. 1:04-cv-00900 (D.D.C.) (RCL), and Crow Creek Sioux Tribe v. United States, No. 05-1383L (Fed. Cl.)

Dear Mr. Herman and Mr. Mermelstein:

As you will recall, we sent you a letter on March 16, 2006 regarding the significant questions raised by a December 14, 2005 resolution relating to the Crow Creek Sioux Tribe's legal representation in the case currently pending in the United States District Court. As we stated in our letter, the resolution raises significant questions about the status of the Tribe's legal representation in, not only the trust accounting case before the District Court but also the trust mismanagement case in the Court of Federal Claims, which was filed after passage of the Tribal resolution.

We received another Tribal resolution on March 20, 2006. This resolution, also dated December 14, 2005, is attached hereto for your convenient reference. According to the resolution, the Tribe has terminated or is "terminating the Tribe's contract with the Herman & Mermelstein law firm and hiring other legal council [sic] to represent it in its funds lawsuit."

As we stated in our March 16 letter, the Government is currently scheduled to file its Answer in the CFC case on March 29, 2006. For that reason, we request that you provide us with an explanation for the two Tribal resolutions by no later than March 22, 2006, so that we can evaluate the matter with the Interior Department and the Treasury Department and determine how best to proceed.

Thank you for your attention to this matter. We look forward to hearing from you.

Sincerely,

Jennifer L. Allaire
Attorney

Encl.

cc(w/encl.): Tony Hoang
Martin LaLonde
Catherine Goshe
Teresa Dawson

# TRIBAL RESOLUTION

RECEIVED CROW CREEK AGENCY FORT THOMPSON, SD
2006 JAN 10 AM 9:41 PO

NUMBER CC-05-12-14-01

SUBJECT **AUTHORIZATION & APPROVAL FOR TERMINATION OF ATTORNEY CONTRACT BETWEEN THE CROW CREEK SIOUX TRIBE OF SOUTH DAKOTA AND HERMAN & MERMELSTEIN**

**WHEREAS:** The Crow Creek Sioux Tribe is a federally recognized Indian tribe organized under a constitution and bylaws approved by the Secretary of Interior; and,

**WHEREAS:** Pursuant to Article VI, Section 1.(J), of the Constitution of the Crow Creek Sioux Tribe of South Dakota, the tribal council has the power to employ counsel for the protection and advancement of the rights of the tribe and its members, the choice of counsel and fixing of fees to be subject to the approval of the Secretary of the Interior; and,

**WHEREAS:** On December 14, 2005, the Crow Creek Tribal Council authorized, via Resolution Number CC-05-12-14-01, the Chairman of the Tribe to enter into an attorney contract on the Tribe's behalf with the law firm of Herman & Mermelstein for the purpose of filing a lawsuit against the Departments of Interior and Treasury in an action for an accounting of trust funds and related relief on a contingency basis; and,

**WHEREAS:** The contract with Herman & Mermelstein specifies that the agreement may be terminated by the Client at any time by giving written notice to the law firm; and,

**WHEREAS:** The law firm did not correspond or in anyway communicate with the Tribal Council concerning the disposition of the lawsuit, and the current Chairman of the Crow Creek Sioux Tribe and Tribal Council were not even aware that the Tribe had a lawsuit pending in the United States District Court for the District of Columbia (Crow Creek Sioux Tribe v. Norton, Civil No. 04-CV-00900) until November, 2005; and,

**WHEREAS:** The Tribal Council believes that the Herman & Mermelstein law firm has been negligent in their representation of the Crow Creek Sioux Tribe, as evidenced by its lack of communication with the Tribe, and failure to notify the Tribe; and,

**WHEREAS:** The Tribal Council believes that the Tribe's best interest will be served by terminating the Tribe's contract with the Herman & Mermelstein law firm and hiring other legal council to represent it in its funds lawsuit; and,

**NOW THEREFORE BE IT RESOLVED; THAT** THE CROW CREEK SIOUX TRIBAL COUNCIL ASSEMBLED IN SPECIAL SESSION THIS 14th DAY OF DECEMBER 2005. DOES HEREBY AUTHORIZE AND APPROVE THE TERMINATION OF THE AGREEMENT FOR LEGAL SERVICES BETWEEN THE CROW CREEK SIOUX TRIBE AND THE LAW FIRM OF HERMAN & MERMELSTEIN; AND,

**BE IT FURTHER RESOLVED; THAT** THE TRIBAL CHAIRMAN, TRIBAL COUNCIL OR CHAIN OF COMMAND ARE AUTHORIZED TO SIGN ANY AND ALL DOCUMENTS PERTAINING TO THIS MATTER.

**MOTION:** C. KIRKIE **SECOND:** N. THOMPSON, SR.

**VOTE: -8-FOR:** C. KIRKIE, N. THOMPSON, SR., J. SAZUE, JR., D. BIG EAGLE, SR.
**-1-NOT VOTING:** VICE-CHAIRMAN L. FALLIS, SR., CHAIRED THE MEETING
**-2-ABSENT:** COUNCIL MEMBER D. MCGHEE
**ABSENT: CHAIRMAN D. BIG EAGLE, SR.**

## CERTIFICATION

THE FOREGOING RESOLUTION was duly adopted by the Crow Creek Sioux Tribal Council on the 14th day of DECEMBER, 2005 in a SPECIAL Session by a vote of -8- for, -0- against, -2- absent -1- not voting for The Crow Creek Sioux Tribe, pursuant to authority vested in it by Article VI, Section 1 of the Constitution of the Tribe, ratified by the Tribe on March 11, 1949 and approved by the Secretary of the Interior on April 26, 1949 and with amendments approved by the Commissioner of Indian Affairs on June 22, 1961, February 25, 1963 and by the Area Director on June 23, 1980.

ATTEST:

*Chairman*-Duane D. Big Eagle, Sr.

*Secretary*-Donald Big Eagle, Sr.