# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed April 24, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING HERMAN & MERMELSTEIN, P.A.'S UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

---

On April 21, 2006, the law firm of Herman & Mermelstein, P.A., counsel for Plaintiff, filed an unopposed motion to withdraw as Plaintiff's counsel due to "irreconcilable differences" between Herman & Mermelstein, P.A. and Plaintiff with regard to the above-captioned matter. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**