**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CROW CREEK SIOUX TRIBE**

**V.** **CASE NO. 05-cv-01383L**

**UNITED STATES OF AMERICA**

---

MOTION FOR LEAVE OF COURT TO NAME BRIAN LEINBACH AS THE NEW ATTORNEY OF RECORD FOR THE PLAINTIFF AND TO NAME NEW CO-COUNSEL FOR THE PLAINTIFF

This Motion is filed in compliance with RCFC 83.1(c) (4). The Plaintiff respectfully states as follows:

1. On _December 14, 2005, the Crow Creek Sioux Tribe terminated its special counsel contract with Jeffrey M. Herman of the firm of Herman and Mermelstein, P.A. It has subsequently entered into a limited special counsel contract with Engstrom, Lipscomb and Lack, L.L.P. Pursuant to that new limited special counsel contract the firm of Engstrom, Lipscomb and Lack, L.L.P. are retained to represent the Plaintiff in the above captioned action. Brian Leinbach is a respected member of that Engstrom firm. He is also a member in good standing of this Court.

2. As a result of the Crow Creek Sioux Tribe's decision, on April 21, 2006, Herman and Mermelstein filed a Motion to Withdraw as Plaintiff's Counsel in the above captioned action. An Order approving that Motion to Withdraw was issued on April 24, 2006.

3. For the above stated reasons, the Plaintiff respectfully moves this Court to approve the appointment of Brian Leinbach as Attorney of Record for the Plaintiff and to accept Attorney Leinbach's associate counsel, Walter Lack, Thomas Girardi, Gregory Yates and Patricia Marks as co-counsel to the Plaintiff in the above captioned matter. Attorneys Lack, Girardi, Yates and Marks are all members in good standing of this Court.

Respectfully submitted this 27th day of December, 2006.

__/s/________________________________

Brian Leinbach, Esq.
California State Bar No.161739
bleinbach@elllaw.com
ENGSTROM, LIPSCOMB & LACK

10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: 1-310-552-3800
Fax: 1-310-552-9434

OF COUNSEL TO PLAINTIFF

Walter J. Lack, Esq.
California State Bar No. 57550
Brian J. Leinbach, Esq.
California State Bar No.161739
bleinbach@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: 1-310-552-3800
Fax: 1-310-552-9434

Patricia A. Marks, Esq.
U.S. District Court Bar No. 446702
Markspattyesq@aol.com
15992 A.E. Mullinix Road
Woodbine, Maryland 21797-8440
Tel: 1-410-489-4553
Fax: 1-301-854-5117

Thomas V. Girardi, Esq.
California State Bar No. 36603
sfujimoto@girardikeese.com
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

Gregory A. Yates, Esq.
U.S. District Court Bar No. 001
California State Bar No. 63259
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: 1-310-858-6944
Fax: 1-818-905-7038
**Attorneys for Plaintiff**