**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CROW CREEK SIOUX TRIBE**

**V.** **CASE NO. 05-cv-01383L**

**UNITED STATES OF AMERICA**

---

AFFIDAVIT OF APPOINTMENT OF BRIAN LEINBACH IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNCIL FOR THE PLAINTIFF CROW CREEK SIOUX TRIBE

I, Brian Leinbach, being first duly sworn, depose and state that:

1. I am a member of the firm of Engstrom, Lipscomb and Lack, L.L. P. I am also a member in good standing of this Court.

2. On December 14, 2005, the Crow Creek Sioux Tribe terminated its contract with Jeffrey M. Herman of the firm of Herman and Mermelstein, P.A. It subsequently entered into a contract with Engstrom, Lipscomb and Lack, L.L.P., pursuant to which Engstrom, Lipscomb and Lack, L.L.P. are retained to represent the Plaintiff in the above captioned action.

3. On April 21, 2006, Herman and Mermelstein filed a Motion to Withdraw as Plaintiff's Counsel in the above captioned action and an Order approving that Motion was issued on April 24, 2006.

4. For these reasons, I have filed the attached Motion for Requesting Leave of Court to assume the role as Attorney of Record for the Plaintiff, Crow Creek Sioux Tribe and asking the Court to approve the appointment of co-counsel Walter Lack, Thomas Girardi, Patricia Marks and Gregory Yates, all of whom as members in good standing of this Court.

Respectfully submitted this 27th day of December, 2006.

/s/__________________________

Brian Leinbach,
California State Bar No. 1617397
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: 1-310-552-3800
Fax: 1-310-552-9434