**IN THE UNITES STATES COURT OF FEDERAL CLAIMS**

**CROW CREEK SIOUX TRIBE**

**V.** **CASE NO. 05-cv-01383L**

**UNITED STATES OF AMERICA**

---

PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY OF RECORD AND APPOINTMENT OF CO-COUNSEL FOR THE PLAINTIFF

For the reasons set for in the Plaintiff's Motion for Leave of Court to Appoint a new Attorney of Record and to designate new co-counsel, and the Affidavit of Attorney Brian Leinbach , both of which comply with RCFC 83.1(c) (4) and for other good cause shown, it is

ORDERED, this __________ day of December , 2006, that Plaintiff's Motion to designate Attorney Brian Leinbach as its Attorney of Record in the above captioned case and to designate Attorneys Walter Lack, Thomas Girardi, Patricia Marks and Gregory Yates as co-counsel for the Plaintiff is GRANTED.

____________________________
Honorable Mary Ellen Coster William
United States Court of Federal Claims