**IN THE UNITES STATES COURT OF FEDERAL CLAIMS**

**CROW CREEK SIOUX TRIBE**

**V.** **CASE NO. 05-cv-01383L**

**UNITED STATES OF AMERICA**

---

CERTIFICATE OF SERVICE

On the date noted below, I served a copy of the Plaintiff's Motion for Leave to Name Brian Leinbach as the new Attorney of Record for the Plaintiff and the documents accompanying that motion, by U.S. Mail on the following attorney for the United States.

Jennifer Leigh Allaire
United States Department of Justice
601 D. Street N.W.
Washington, D.C. 20008

RESPECTFULLY SUBMITTED THIS 27TH DAY OF DECEMBER, 2006

__/s/___________________________________
Brian Leinbach, Esq.
California State Bar No.161739
bleinbach@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: 1-310-552-3800
Fax: 1-310-552-9434