# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed December 29, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO NAME NEW ATTORNEY OF RECORD**

---

On December 27, 2006, a motion for leave of Court to name Brian Leinbach as the new attorney of record and to designate new co-counsel for plaintiff in the above captioned case was filed with this Court. Good cause having been shown, this motion is **GRANTED**.

On April 18, 2006, the Court entered a temporary stay in this case until new counsel filed an appearance. With the filing of plaintiff's motion to name new counsel, the Court hereby lifts the stay in this case. The Court will conduct a telephonic status conference on **January 16, 2007 at 11:00 am ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**