# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed January 4, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court ORDERS that the telephonic status conference, previously scheduled for January 16, 2007 at 11:00 am, will take place on January 23, 2007 at 11 a.m. (EST). One business day before the conference, counsel shall email chambers (williams_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations).

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**