IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROW CREEK SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1383L<br>Judge Mary Ellen Coster Williams |

**JOINT MOTION FOR TEMPORARY STAY OF LITIGATION**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully request that this Court issue a stay of the litigation of this case, effective immediately, to and including June 29, 2007. The grounds for this joint motion are as follows:

1. Plaintiff, by and through its former counsel, Jeffrey M. Herman, of the law firm Herman & Mermelstein, P.A., filed this case on December 29, 2005. Plaintiff also filed a companion case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Crow Creek Sioux Tribe v. Kempthorne, No. 1:04-cv-00900-JR (D.D.C.). In both cases, Plaintiff's allegations relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. In March, 2006, Defendant received copies of Plaintiff's Tribal resolutions terminating the legal services contract with its former counsel. Based upon these resolutions, Defendant moved that the litigation be stayed temporarily until after Plaintiff had retained new counsel. After a telephonic hearing, the Court granted the motions and stayed the case until further notice. See Tr. of Proceedings at 6, Doc. 11 (Apr. 18, 2006). Thereafter, Plaintiff's former counsel moved to withdraw from the case, and the Court issued an Order granting its request. See Order, Doc. 10 (Apr. 24, 2006).

3. On May 23, 2006, Plaintiff's new counsel, Brian Leinbach, of the law firm Engstrom, Lipscomb, and Lack, LLP, entered an appearance in Plaintiff's companion case, Crow Creek Sioux v. Kempthorne, No. 1:04-cv-00900-JR (D.D.C.). On September 12, 2006, Plaintiff's new counsel, with some of his co-counsel, conducted a meeting and telephone conference call with counsel for Defendant, as well as attorneys from the Solicitor's Office of the United States Department of the Interior and from the Chief Counsel's Office of the Financial Management Service of the United States Department of the Treasury. Among other things, the parties discussed and agreed to (a) explore the possibility of settlement discussions; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in exploration of and preparation for settlement discussions; and (c) seek appropriate enlargements of time or temporary stays of litigation so that they could prepare for and engage in settlement discussions. Additionally, counsel for Plaintiff informed Defendant that they intended to file trust accounting and trust mismanagement cases, on behalf of other Tribes, in the United States District Court for the District of Columbia and the Court of Federal Claims by the end of 2006.

3. On December 27, 2006, Plaintiff's new and undersigned counsel filed a motion for leave to be substituted as counsel of record for Plaintiff in this case. See Mot. to Substitute Attorney, Doc. 12 (Dec. 27, 2006). Further, Plaintiff filed an amended complaint. See Am. Compl., Doc. 13 (Dec. 27, 2006).

4. This Court issued an Order on December 29, 2006, granting leave for Plaintiff's new counsel to be substituted as counsel of record for Plaintiff, lifting the stay in the case, and scheduling a telephonic status conference with the parties on January 16, 2007. See Order, Doc. 14 (Dec. 29, 2006). At the request of the parties, the Court re-scheduled the telephonic status conference for

January 23, 2007. See Scheduling Order, Doc. 15 (Jan. 4, 2007).

5. Given the Court's December 29 Order lifting the stay of litigation, Defendant is presently obligated to file its Answer or otherwise respond to the Amended Complaint on or before January 16, 2007.

6. On January 4 and January 9, 2007, counsel for the parties conferred and, among other things, re-affirmed their agreement to (a) explore the possibility of settlement discussions in this case; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in exploration of and preparation for settlement discussions; and (c) seek a temporary stay of litigation, in order to prepare for and engage in settlement discussions in this case.

7. Also on January 9, counsel for the parties discussed the fact that, in addition to this case and the companion case in the United States District Court, Crow Creek Sioux v. Kempthorne, No. 1:04-cv-00900-JR (D.D.C.), Plaintiff's counsel and his co-counsel have filed 30 other lawsuits against Defendant and/or the Interior and Treasury Departments, on behalf of 15 other Tribes, in this Court and in the United States District Court for the District of Columbia. In total, Plaintiff's counsel and his co-counsel are currently representing 16 Tribes (including Plaintiff), and, on behalf of those Tribes, they have filed 16 cases in this Court (including this case) and 16 companion cases in the United States District Court.

8. Further, on January 9, counsel for the parties discussed the fact that, at present, there are a total of about 105 lawsuits pending in this Court and in various United States District Courts in the District of Columbia and in Oklahoma. This number includes the 32 cases filed by Plaintiff's counsel and his co-counsel.

9. Additionally, counsel for the parties agreed on January 9 that, if at all possible, they should convene a meeting and/or conference call with the counsel for the other Tribes and confer about various options for handling or addressing the entire body of the 105 cases (or parts thereof), in the most efficient and economical way possible. Counsel for the parties agreed that, at the minimum, as to the 32 cases brought by Plaintiff's counsel and his co-counsel (including this case), the parties would confer about a process for obtaining relevant or potentially relevant documents and data and for exploring the possibility of settlement. Given that it would require some time and effort to convene a discussion among themselves and/or with the counsel for the other Tribes, counsel for the parties agreed that it would be appropriate to seek a temporary stay of the litigation of this case, to and including June 29, 2007, so as to permit an adequate opportunity for such a discussion. Also, counsel agreed that, on or before June 29, 2007, they would inform the Court in writing of the outcome of their joint discussion and their proposal about whether and how to proceed with the case (e.g., informal settlement discussions, alternative dispute resolution ("ADR") process, litigation, etc.).

10. Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

a. Temporarily stay the litigation of this case, to and including June 29, 2007;

b. Make the temporary stay effective immediately, thus deferring, among other things, the deadline for Defendant to file its Answer or otherwise respond to the Amended Complaint (currently, January 16, 2007), until after the termination of the stay; and

c. Allow Defendant 10 business days after the termination of the temporary stay (or to and including July 16, 2007) within which to file its Answer or otherwise respond to the

Amended Complaint.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 12th day of January, 2007,

*/s/ Brian J. Leinbach*
BRIAN J. LEINBACH
CA Bar #161739
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

Attorney of Record for Plaintiff

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
NJ Bar ##4419-2002
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038