IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CROW CREEK SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-1383L<br>Judge Mary Ellen Coster Williams |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case is temporarily stayed until June 29, 2007;

3. Defendant shall have to and including July 16, 2007, within which to file its Answer or otherwise respond to the Amended Complaint.

SO ORDERED.

Date: ______________________ ______________________________

HON. MARY ELLEN COSTER WILLIAMS
United States Court of Federal Claims