# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed January 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR A TEMPORARY STAY**

---

On January 12, 2007, the parties filed a motion for a temporary stay of the litigation of this case, to and including **June 29, 2007**. The parties state the reason for seeking a temporary stay is to prepare for and engage in settlement discussions. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**