# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed January 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CROW CREEK SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

As a result of the Court's January 16, 2007 Order staying this case until June 29, 2007, the status conference, previously scheduled for January 23, 2007, is hereby cancelled.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**