# In the United States Court of Federal Claims

**No. 05-1383L**
**(Filed June 29, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CROW CREEK SIOUX TRIBE,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION**
**FOR EXTENSION OF TEMPORARY STAY**

---

On June 28, 2007, the parties filed a joint motion to extend the temporary stay of litigation in this case until December 26, 2007. The parties have requested an extension of the stay so that they may continue settlement discussions. The parties also request that Defendant's obligation to file its response to the Complaint be deferred until after the termination of the temporary stay of litigation. Good cause having been shown, this motion is **GRANTED**. The temporary stay in this case shall be extended until **December 26, 2007**. The parties shall file a joint status report on or before **December 26, 2007** informing the court of the status of the parties' ongoing efforts to resolve the issues and claims of this case, including a proposal about whether and how to proceed with the case. Defendant's shall not file its response to the Complaint until after the termination of the stay.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**